

# Notice of Service of Process

null / PERINJ
Transmittal Number: 22108169
Date Processed: 10/05/2020

| | |
|---|---|
| **Primary Contact:** | Marie Angowski<br>Bed Bath & Beyond<br>650 Liberty Ave<br>Union, NJ 07083-8107 |
| **Electronic copy provided to:** | Michael Wilck<br>Angela Leary<br>Kenneth Bradley |
| **Entity:** | Bed Bath & Beyond Inc.<br>Entity ID Number 0290995 |
| **Entity Served:** | Bed Bath & Beyond Inc. |
| **Title of Action:** | Suzanne Zfrani vs. Bed Bath & Beyond Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Cook County Circuit Court, IL |
| **Case/Reference No:** | 2020L009794 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 10/02/2020 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Maria Merman<br>312-600-0000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

FILED DATE: 9/14/2020 8:58 AM 2020L009794

2120 - Served             2121 - Served
2220 - Not Served         2221 - Not Served
2320 - Served By Mail     2321 - Served By Mail
2420 - Served By Publication  2421 - Served By Publication
Summons - Alias Summons                           (08/01/18) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

SUZANNE ZFRANI

(Name all parties)    Case No.  2020L009794

v.

BED BATH & BEYOND INC.

☑ SUMMONS   ☐ ALIAS SUMMONS

To each Defendant: Bed Bath & Beyond Inc. c/o Prentice Hall Corporation
801 Adlai Stevenson Drive, Springfield IL 62703

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within thirty (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

Summons - Alias Summons (08/01/18) CCG 0001 B

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

FILED DATE: 9/14/2020 8:58 AM 2020L009794

Atty. No.: 35193

Atty. Name: Ankin Law Offices LLC

Atty. for: Plaintiff

Address: 10 North Dearborn Suite 500

City: Chicago

State: IL Zip: 60602

Telephone: 312-600-0000

Primary Email: mmerman@ankinlaw.com

Witness: _____

9/14/2020 8:58 AM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

FILED DATE: 9/14/2020 8:58 AM 2020L009794

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 3 of 3

FILED DATE: 9/14/2020 8:58 AM 2020L009794

FILED
9/14/2020 8:58 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
10428916

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SUZANNE ZFRANI, ) | |
| ) | |
| Plaintiff, ) | Case: 2020L009794 |
| ) | |
| v. ) | |
| ) | |
| BED BATH & BEYOND INC., ) | Ad Damnum: In Excess of $50,000.00 |
| a Foreign Corporation, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT AT LAW

NOW COMES Plaintiff, SUZANNE ZFRANI, by and through her attorneys, ANKIN LAW OFFICES LLC, and complaining of Defendant, BED BATH & BEYOND INC., a foreign corporation (hereinafter referred to as "BED BATH & BEYOND"), states as follows:

1. On and prior to October 8, 2018, Defendant, BED BATH & BEYOND, was a foreign corporation, present and conducting business in the State of Illinois, and in good standing with the Illinois Secretary of State.

2. On and prior to October 8, 2018, Plaintiff, SUZANNE ZFRANI, was a resident of the Village of Skokie, County of Cook, and State of Illinois.

3. On and prior to October 8, 2018, Defendant, BED BATH & BEYOND, by and through its agents, servants and/or employees, owned, maintained, and/or controlled certain commercial retail premises located at or near 3232 Lake Avenue in the City of Wilmette, County of Cook, and State of Illinois.

4. That on or about October 8, 2018, Plaintiff, SUZANNE ZFRANI, as a patron of BED BATH & BEYOND, was lawfully upon said premises.

5. At all times relevant, Defendant, BED BATH & BEYOND, had a duty, by and through its agents, servants, and/or employees, to keep its premises reasonably safe for those lawfully on its property, to include Plaintiff herein, SUZANNE ZFRANI.

6. Notwithstanding the aforementioned duty, Defendant, BED BATH & BEYOND, by and through its agents, servants and/or employees, allowed plastic, clutter, garbage, and other debris to remain upon the floors of its premises, including the aisles, checkout area, and the returns section, for an unreasonable length of time, in an area frequented by those lawfully upon said premises, thereby creating a dangerous condition that caused Plaintiff, SUZANNE ZFRANI, to fall and sustain injuries.

7. Notwithstanding the aforementioned duty, Defendant, BED BATH & BEYOND, by and through its agents, servants and/or employees, allowed clutter, shopping carts, displays and unattended items to accumulate and block customer thoroughfares and shopping aisles for an unreasonable length of time, and thus created a dangerous condition upon its premises that caused Plaintiff, SUZANNE ZFRANI, to fall and sustain injuries.

8. At the aforesaid time and place, Defendant, BED BATH & BEYOND, violated the duty of care owed to Plaintiff through one or more of the following negligent acts and/or omissions:

(a) Failed to make a reasonable inspection of its premises when Defendant knew, or in the exercise of ordinary care, should have known, that said inspection was necessary to prevent injury to Plaintiff, SUZANNE ZFRANI, and those similarly situated;

(b) Failed to warn Plaintiff of the clutter, plastic, garbage, and debris existing upon the floors of its premises, when Defendant knew, or in the exercise of ordinary care should have known, that said warning was necessary to prevent injury to Plaintiff;

(c) Failed to provide reasonably safe and adequate safeguards to prevent Plaintiff and others similarly situated from injury while lawfully upon Defendant's premises;

(d) Failed to maintain and/or manage its premises in a reasonably safe condition for those lawfully upon the premises;

(e) Failed to maintain and/or manage the floors of its shopping aisles, the customer checkout area, the returns sections, and customer walkway passages in a reasonably safe condition for those lawfully on the Defendant's premises;

(f) Allowed plastic, clutter, and debris to exist upon the shopping aisles, the customer checkout area, the returns sections, and customer walkway passages of its premises for an unreasonably long period of time;

(g) Allowed said plastic, debris, or other materials to exist upon its premises without adequate warning to safeguard Plaintiff and others lawfully on said premises from foreseeable injuries;

(h) Allowed its shopping aisles and customer walkways to exist in an unsafe manner for those lawfully upon the premises, including Plaintiff herein, SUZANNE ZFRANI;

(i) Allowed said plastic, debris, or other materials to exist upon the floors of its premises in such a dangerous and unapparent manner when Defendant knew, or in the exercise of ordinary care should have known, that such plastic, debris, or other materials on the floor could create a slipping/falling hazard upon the premises;

(j) Allowed its customer shopping aisles and/or pedestrian thoroughfares to exist in an unsafe manner for those lawfully upon the premises, including Plaintiff herein, SUZANNE ZFRANI;

(k) Allowed clutter, shopping carts, displays and unattended items to accumulate and block customer thoroughfares and shopping aisles, thus creating an unsafe environment and a falling hazard; and

(l) Was otherwise careless in the maintenance, ownership, and/or care of its premises.

9. As a direct and proximate result of one or more of the foregoing acts or omissions of Defendant, BED BATH & BEYOND, Plaintiff, SUZANNE ZFRANI, sustained serious and permanent injuries when she slipped and fell on Defendant's premises; was required to seek extensive medical consultation and treatment for said injuries; has expended, and will in the future expend, great sums of money to be healed and cured of her maladies; suffered, and will in the future continue to suffer, great pain, anguish, physical and mental suffering; and was deprived of earnings to which she might have otherwise been entitled.

Page 3 of 4

FILED DATE: 9/14/2020 8:58 AM 2020L009794

WHEREFORE Plaintiff, SUZANNE ZFRANI, prays for judgment against Defendant, BED BATH & BEYOND INC., a Foreign Corporation, in such an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) as will fairly and adequately compensate the Plaintiff for her injuries, losses and damages as hereinabove alleged, for costs of this suit, and for any further relief this Honorable Court deems just and equitable.

Respectfully Submitted,

*Maria Merman*

Maria Merman, Attorney for
the Plaintiff, Suzanne Zfrani

Ankin Law Offices LLC
*Attorneys for Plaintiff*
10 N. Dearborn Suite 500
Chicago Illinois 60602
312•600•0000
Attorney #35193
mmerman@AnkinLaw.com

FILED DATE: 9/14/2020 8:58 AM 2020L009794

FILED
9/14/2020 8:58 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
10428916

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SUZANNE ZFRANI, | ) |
| Plaintiff, | ) Case: 2020L009794 |
| v. | ) |
| BED BATH & BEYOND INC., a Foreign Corporation, | ) Ad Damnum: In Excess of $50,000.00 |
| Defendant. | ) |

### RULE 222(b) AFFIDAVIT

I, MARIA MERMAN, being first duly sworn on oath, depose and state that the amount of damages in the above-captioned cause of action exceeds $50,000.00 for the Plaintiff.

By: *Maria Merman*

Attorney for Plaintiff

Ankin Law Offices LLC
*Attorneys for Plaintiff*
10 N. Dearborn Suite 500
Chicago Illinois 60602
312•600•0000
Attorney #35193
mmerman@AnkinLaw.com

FILED
9/14/2020 8:58 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
10428916

FILED DATE: 9/14/2020 8:58 AM 2020L009794

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SUZANNE ZFRANI, ) | |
| ) | |
| Plaintiff, ) | Case: 2020L009794 |
| ) | |
| v. ) | |
| ) | |
| BED BATH & BEYOND INC., ) | Ad Damnum: In Excess of $50,000.00 |
| a Foreign Corporation, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT AT LAW

NOW COMES Plaintiff, SUZANNE ZFRANI, by and through her attorneys, ANKIN LAW OFFICES LLC, and complaining of Defendant, BED BATH & BEYOND INC., a foreign corporation (hereinafter referred to as "BED BATH & BEYOND"), states as follows:

1. On and prior to October 8, 2018, Defendant, BED BATH & BEYOND, was a foreign corporation, present and conducting business in the State of Illinois, and in good standing with the Illinois Secretary of State.

2. On and prior to October 8, 2018, Plaintiff, SUZANNE ZFRANI, was a resident of the Village of Skokie, County of Cook, and State of Illinois.

3. On and prior to October 8, 2018, Defendant, BED BATH & BEYOND, by and through its agents, servants and/or employees, owned, maintained, and/or controlled certain commercial retail premises located at or near 3232 Lake Avenue in the City of Wilmette, County of Cook, and State of Illinois.

4. That on or about October 8, 2018, Plaintiff, SUZANNE ZFRANI, as a patron of BED BATH & BEYOND, was lawfully upon said premises.

FILED DATE: 9/14/2020 8:58 AM    2020L009794

5.  At all times relevant, Defendant, BED BATH & BEYOND, had a duty, by and through its agents, servants, and/or employees, to keep its premises reasonably safe for those lawfully on its property, to include Plaintiff herein, SUZANNE ZFRANI.

6.  Notwithstanding the aforementioned duty, Defendant, BED BATH & BEYOND, by and through its agents, servants and/or employees, allowed plastic, clutter, garbage, and other debris to remain upon the floors of its premises, including the aisles, checkout area, and the returns section, for an unreasonable length of time, in an area frequented by those lawfully upon said premises, thereby creating a dangerous condition that caused Plaintiff, SUZANNE ZFRANI, to fall and sustain injuries.

7.  Notwithstanding the aforementioned duty, Defendant, BED BATH & BEYOND, by and through its agents, servants and/or employees, allowed clutter, shopping carts, displays and unattended items to accumulate and block customer thoroughfares and shopping aisles for an unreasonable length of time, and thus created a dangerous condition upon its premises that caused Plaintiff, SUZANNE ZFRANI, to fall and sustain injuries.

8.  At the aforesaid time and place, Defendant, BED BATH & BEYOND, violated the duty of care owed to Plaintiff through one or more of the following negligent acts and/or omissions:

    (a) Failed to make a reasonable inspection of its premises when Defendant knew, or in the exercise of ordinary care, should have known, that said inspection was necessary to prevent injury to Plaintiff, SUZANNE ZFRANI, and those similarly situated;

    (b) Failed to warn Plaintiff of the clutter, plastic, garbage, and debris existing upon the floors of its premises, when Defendant knew, or in the exercise of ordinary care should have known, that said warning was necessary to prevent injury to Plaintiff;

    (c) Failed to provide reasonably safe and adequate safeguards to prevent Plaintiff and others similarly situated from injury while lawfully upon Defendant's premises;

    (d) Failed to maintain and/or manage its premises in a reasonably safe condition for those lawfully upon the premises;

FILED DATE: 9/14/2020 8:58 AM   2020L009794

(e) Failed to maintain and/or manage the floors of its shopping aisles, the customer checkout area, the returns sections, and customer walkway passages in a reasonably safe condition for those lawfully on the Defendant's premises;

(f) Allowed plastic, clutter, and debris to exist upon the shopping aisles, the customer checkout area, the returns sections, and customer walkway passages of its premises for an unreasonably long period of time;

(g) Allowed said plastic, debris, or other materials to exist upon its premises without adequate warning to safeguard Plaintiff and others lawfully on said premises from foreseeable injuries;

(h) Allowed its shopping aisles and customer walkways to exist in an unsafe manner for those lawfully upon the premises, including Plaintiff herein, SUZANNE ZFRANI;

(i) Allowed said plastic, debris, or other materials to exist upon the floors of its premises in such a dangerous and unapparent manner when Defendant knew, or in the exercise of ordinary care should have known, that such plastic, debris, or other materials on the floor could create a slipping/falling hazard upon the premises;

(j) Allowed its customer shopping aisles and/or pedestrian thoroughfares to exist in an unsafe manner for those lawfully upon the premises, including Plaintiff herein, SUZANNE ZFRANI;

(k) Allowed clutter, shopping carts, displays and unattended items to accumulate and block customer thoroughfares and shopping aisles, thus creating an unsafe environment and a falling hazard; and

(l) Was otherwise careless in the maintenance, ownership, and/or care of its premises.

9. As a direct and proximate result of one or more of the foregoing acts or omissions of Defendant, BED BATH & BEYOND, Plaintiff, SUZANNE ZFRANI, sustained serious and permanent injuries when she slipped and fell on Defendant's premises; was required to seek extensive medical consultation and treatment for said injuries; has expended, and will in the future expend, great sums of money to be healed and cured of her maladies; suffered, and will in the future continue to suffer, great pain, anguish, physical and mental suffering; and was deprived of earnings to which she might have otherwise been entitled.

FILED DATE: 9/14/2020 8:58 AM 2020L009794

WHEREFORE Plaintiff, SUZANNE ZFRANI, prays for judgment against Defendant, BED BATH & BEYOND INC., a Foreign Corporation, in such an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) as will fairly and adequately compensate the Plaintiff for her injuries, losses and damages as hereinabove alleged, for costs of this suit, and for any further relief this Honorable Court deems just and equitable.

Respectfully Submitted,

*Maria Merman*

Maria Merman, Attorney for
the Plaintiff, Suzanne Zfrani

Ankin Law Offices LLC
*Attorneys for Plaintiff*
10 N. Dearborn Suite 500
Chicago Illinois 60602
312•600•0000
Attorney #35193
mmerman@AnkinLaw.com

FILED
9/14/2020 8:58 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
10428916

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| SUZANNE ZFRANI, | ) | |
| | ) | |
| Plaintiff, | ) | 2020L009794 |
| | ) | Case: |
| v. | ) | |
| | ) | |
| BED BATH & BEYOND INC., | ) | Ad Damnum: In Excess of $50,000.00 |
| a Foreign Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### RULE 222(b) AFFIDAVIT

I, MARIA MERMAN, being first duly sworn on oath, depose and state that the amount of damages in the above-captioned cause of action exceeds $50,000.00 for the Plaintiff.

By: *Maria Merman*

Attorney for Plaintiff

Ankin Law Offices LLC
*Attorneys for Plaintiff*
10 N. Dearborn Suite 500
Chicago Illinois 60602
312•600•0000
Attorney #35193
mmerman@AnkinLaw.com

FILED
10/29/2020 3:18 P
DOROTHY BROW
CIRCUIT CLERK
COOK COUNTY,
2020L009794

10960213

FILED DATE: 10/29/2020 3:18 PM   2020L009794

3039593-RER                                                                 Firm: 49946

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SUZANNE ZFRANI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 2020L009794 |
| | ) |
| BED BATH & BEYOND INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ROUTINE MOTION

To:   Attorney Maria Merman
      Ankin Law Office LLC
      10 N. Dearborn Street, Suite 500
      Chicago, IL 60602
      mmerman@ankinlaw.com

**PLEASE TAKE NOTICE** that on November 2, 2020 at 8:45 a.m., the undersigned shall electronically submit Defendant, BED BATH & BEYOND INC.'s, Routine Motion to Extend Time to File Answer to the Honorable Moira Susan Johnson, via e-mail address: law.calfcc@cookcountyil.gov

SMITHAMUNDSEN LLC

By:   /s/ Mark E. Middendorff
      Attorney for Defendant

### PROOF OF SERVICE

The undersigned, a non-attorney, certifies that she e-mailed a copy of this Notice to the attorneys listed above at 5:00 p.m. on this 29th day of October, 2020.

[x]   Under penalties as provide by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

/s/ Sandra J. Stevens

Attorney Mark E. Middendorff (06297195)
SMITHAMUNDSEN LLC
308 W. State Street, Suite 320
Rockford, IL 61101
815-904-8806
mmiddendorff@salawus.com

FILED
10/29/2020 3:18 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L009794

10960213

FILED DATE: 10/29/2020 3:18 PM   2020L009794

3039593-RER  Firm: 49946

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SUZANNE ZFRANI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 2020L009794 |
| BED BATH & BEYOND INC., | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S ROUTINE MOTION
FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

NOW COMES the Defendant, BED BATH & BEYOND INC., through its attorneys, SmithAmundsen LLC, and for its Routine Motion for Extension of Time to File Responsive Pleadings states as follows:

1. The Defendant was served with summons on October 2, 2020.

2. Attorneys for the Defendant filed their appearance on October 22, 2020.

3. The Defendant requires additional time to investigate the allegations, confer with its attorneys, and formulate the appropriate responsive pleadings.

4. Attorneys for the parties have conferred, and there is no objection to an extension.

WHEREFORE, the Defendant, BED BATH & BEYOND INC. moves for this court to grant an extension of time for Defendant to file responsive pleadings, to be due on November 30, 2020.

                        SMITHAMUNDSEN LLC
                    By: /s/ Mark E. Middendorff
                        Attorney for Defendant, Bed Bath & Beyond Inc.

Attorney Mark E. Middendorff (06297195)
Attorney Ruth E. Robinson (06207546)
SMITHAMUNDSEN LLC
308 W. State Street, Suite 320
Rockford, IL 61101
(815) 904-8806; (815) 904-8807-fax
mmiddendorff@salawus.com
rrobinson@salawus.com