# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

SUZANNE ZFRANI,

    *Plaintiff,*

v.

BED BATH & BEYOND, INC.

    *Defendant.*

No. 20 C 6472

Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

and against Defendant(s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of Defendant(s) BED BATH & BEYOND, INC

and against Plaintiff(s) SUZANNE ZFRANI

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a Motion for Summary Judgment.

Date: 7/19/2022             Thomas G. Bruton, Clerk of Court

                                                 /s/Lynn Kandziora , Deputy Clerk